UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No.     12-CR-183

JUAN CARLOS CERVANTES CONTRERAS,

    Defendant.

**ORDER**

Counsel for the defendant has requested to reschedule the plea hearing in the above matter so that he may take advantage of the provisions relating to the safety valve exception to the mandatory minimum sentence otherwise applicable. The motion will be granted. It is in the defendant and public's interest that the defendant be able to comply with the provisions of that section so he can take advantage of it. Any delay in the ultimate resolution of the case is excluded under the Speedy Trial Act for that purpose. The clerk is directed to contact counsel and reschedule the Change of Plea hearing to an appropriate time in light of the defendant's request.

**SO ORDERED** this __7TH__ day of January, 2013.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court